UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MUPRHY,<br><br>       Plaintiff,<br><br>    -against-<br><br>CAPITOL TECHNOLOGY UNIVERSITY CORPORATION,<br><br>       Defendant. | 23-cv-6158 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The conference set for October 19, 2023, at 9:00 a.m. will proceed as scheduled. It will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 216-802-545, followed by the pound (#) sign.

  SO ORDERED.

Dated: August 11, 2023
    New York, New York

                _____
                 ARUN SUBRAMANIAN
                United States District Judge