

August 25, 2023

<u>VIA ECF</u>
The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

                        ***Re:***    *Murphy v. Capitol Technology University Corporation,*
                                    <u>Case No.: 1:23-cv-6158</u>

Dear Judge Subramanian,

      The undersigned represents James Murphy ("Plaintiff") in the above referenced matter against Defendant, Capitol Technology University Corporation, ("Defendant"). We sincerely apologize for the lateness of this status report with respect to Your Honor's Order on August 10, 2023 (Dkt. 8).

1. This Case has not yet been settled or otherwise terminated.
2. We have not yet been in contact with the Defendant.
3. The Defendant was served on August 11, 2023 (Dkt. 10) and their Answer is currently due on September 1, 2023.

      We thank the Court for its time and attention in this matter.

                                                                                Respectfully submitted,

                                                                       <u>*/s/Michael A. LaBollita, Esq.*</u>
                                                                          Michael A. LaBollita, Esq.

cc: All counsel of record via ECF