# KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kdvlaw.com

Erika H. Rosenblum, Esq.
ERosenblum@kdvlaw.com

October 6, 2023

**VIA ECF**
District Judge Arun Subramanian
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **James Murphy v. Capitol Technology University Corporation**
        **Index No.: 23-cv-06158 (AS)**

Dear Judge Subramanian:

This firm represents the Defendant, Capitol Technology University Corporation ("Defendant") in the above-referenced matter.

I write, with the consent of Plaintiff's counsel, to request an adjournment of the upcoming initial conference, which is currently scheduled for October 19, 2023. As the deadline to respond to the Complaint is currently October 31, 2023, and the Parties wish to conserve both the Court's and the Parties resources, the Parties respectfully request that the initial conference be adjourned to a date after the response is due.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Erika H. Rosenblum

Cc:   All Counsel of Record (*via* ECF)

4892-3372-1989, v. 1

The request is GRANTED. The conference will now be held on November 3, 2023, at 12:00 p.m. The dial-in information remains the same.
SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 6, 2023